**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____Del Rio_____DIVISION

JUN 0 3 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES OF AMERICA    §

VS.    §    NO. 2-24-MJ-2602-002

    2-24-CR-2602-EG-02

Adela Mariah Torres-Ozuna    §

## ORDER FOR RETURN OF CASH BAIL

Came on this date for consideration the application of _____Angel Rey Fuentes_____

for an order directing the Clerk of this Court to deliver to him/her the sum of $1,000.00

heretofore deposited by him/her into the registry of the Court as cash bail for the appearance

of the defendant herein, and it appearing to the Court that the conditions of said bond have

been complied with, the Court is of the opinion that said cash bail should be returned to the

Petitioner.

It is therefore ORDERED that the Clerk of this Court deliver to the said

_____Angel Rey Fuentes_____ the sum of $1,000.00_____ heretofore deposited by

him/her as cash bail for the appearance of the defendant herein.

ORDERED at _____Del Rio_____, Texas, this the __3rd__ day

of __June__, 20 26.

_____
UNITED STATES DISTRICT JUDGE ERNEST GONZALEZ